Walker's gates were down, and the water as high as usual. [It] was last spring, was a year.

George Collins. I never knew Jones' mill to pond within 150 yards of Waples, raised the dam and set his new mill three feet higher.

The cause was submitted to the jury after going through the evidence. Jury retired about 12 o'clock at night, came down about six Sunday morning, and found for plaintiff Jones with $5 damages.

## STATE v. LEVIN SMITH, Negro.

Court of Quarter Sessions. Kent. May, 1802.

*Rodney's Notes.*

*Vandyke* [for the State]. *Rodney, Ridgely* [for defendant].

John Adams sworn. John Davis and William Adams sworn; also several other witnesses.

Verdict, guilty.

Motion in arrest of judgment by defendant's counsel on the ground goods charged to have been the property of John Adams, a Negro. One point, a slave can hold no property. Next, that the presumption of law is that every Negro is a slave *prima facie.* Every person that appears in court with a black complexion is a slave. Case of *Collins v. Hall.* . . . Sussex. That a free black from Maryland should not be admitted a witness.

*Vandyke,* Attorney General. 4 Bl.Comm. 375. 2 Bl.Comm. 93. Villains in England had a right to hold property against others, their lords excepted, and slaves may here. Indictment will lie by a person having special property.

Court overruled the objection, and sentenced [defendant] to be whipped with 21 lashes, etc. $400 restitution.